# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

CHANGE OF PLEA IN ___USA V. PATRICK SIADO___

CRIMINAL NO. ___CR119-149___ AT ___AUGUSTA, GEORGIA___

_____ .

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WITH CONSENT OF THE COURT, THE

DEFENDANT ___PATRICK SIADO___ , HAVING

PREVIOUSLY ENTERED A PLEA OF ___NOT GUILTY___ ,

HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA

OF ___GUILTY___ TO ___COUNT ONE___

IN THE INDICTMENT.

THIS __11th__ DAY OF ___June___ , 2020.

NOLLE PROSSE AS

TO COUNT(S) _____

_Patrick Siado by APH_
w/ consent
PATRICK SIADO DEFENDANT

_John E. Price by APH_
w/ consent
COUNSEL FOR DEFENDANT
JOHN E. PRICE

pu MC-120-007